FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2011 MAR 29 AM 8:45
CLERK C. Roberts
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RAYMOND W. BROWN,

  Plaintiff,

v.    CIVIL ACTION NO.: CV210-003

CARL RENFROE,

  Defendant.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff newly claims that the passage of the Georgia Sex Offender Act O.C.G.A. § 42-1-12 was illegal. Plaintiff seems to believe that, if the act was illegally created, Heck v. Humphrey, 512 U.S. 477 (1994) would not bar his claim. He is wrong. Plaintiff still seeks relief requiring the invalidation of his conviction, which is prohibited.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Objections are **OVERRULED.** Defendant Renfroe's Motion for Summary Judgment is **GRANTED,** and

Plaintiff's complaint is **dismissed**. The Clerk is authorized and directed to enter the appropriate Judgment.

**SO ORDERED**, this 8 day of March, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA